IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENOIR KAUFMANN<br><br>        Plaintiff,<br><br>vs.<br><br>SYNCREON, U.S., INC.<br><br>        Defendant. | Case No. 1:21-CV-1894<br><br>*Hon. Christopher Conner* |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Renoir Kaufmann and Defendant Syncreon, U.S., Inc constituting all of the parties of record in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action in its entirety and with prejudice.  Plaintiff and Defendant will bear their own attorney's fees and costs.

Respectfully submitted this <u>1st</u> day of June 2022.


DONHAM LAW

*/s/ Jeremy A. Donham, Esquire*
_____
Jeremy Donham, Esq. (I.D. 206980)
P.O. Box 487
Dellslow, WV 26531
J.Donham@Donhamlaw.com
Telephone: (717) 881-7855
*Attorney for Plaintiff*

JACKSON LEWIS

*/s/ Eileen K. Keefe, Esq*
_____
Eileen K. Keefe, Esq. (I.D. 93194)
1601 Cherry St. Suite 1350
Philadelphia, PA 19102-1321
Eileen.Keefe@JacksonLewis.com
Telephone:  (267) 319-7839
*Attorney for Defendant*